**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-1972**

In re: FRANK TERALD HOGUE, II,

      Petitioner.

On Petition for Writ of Mandamus.  (1:15-cr-00037-WO-2; 1:16-cv-01079-WO-LPA)

Submitted:  December 20, 2018             Decided:  December 26, 2018

Before DIAZ and RICHARDSON, Circuit Judges, and TRAXLER, Senior Circuit Judge.

Petition denied by unpublished per curiam opinion.

Frank Terald Hogue, II, Petitioner Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Frank Terald Hogue, II, petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion and other related motions. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the district court denied relief on Hogue's motions on October 17, 2018. Accordingly, because the district court has recently decided Hogue's case, we deny the mandamus petition as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*